MAGISTRATE JUDGE DONOHUE

05-CR-05588-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5588 |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| JANINE WILBER, ) | |
| Defendant. ) | |

The Court having considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(H)(8)(a) concerning a continuance of the trial date in this case, finds that continuing the trial date is necessary to allow defense counsel additional time to prepare and negotiate and to allow for the defendant to complete necessary counseling and other classes.

IT IS THEREFORE ORDERED that the trial in this case shall be continued to February 13, 2006, and that the period of time from November 14, 2005, up to and including February 20, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A).

DONE this _15th_ day of November, 2005.

*James P. Donohue*
JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE                    1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710